## DECISION

No. DC-83-011

The application of the above-named defendant for a review of the sentence of 15 years on each of 2 counts to be served concurrently plus 2 years for the use of a weapon, to be served consecutively imposed on May 10, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 6 years on each of two Counts of Robbery to be served concurrently, plus 2 years for the use of a weapon, to be served consecutively to the robbery charges.

Reasons for the amended sentence are:

(1) No previous criminal record;

(2) the age of the Defendant at the time of the offense;

(3) Defendant has a good work record, and this Board finds that he would be a good candidate for rehabilitation; and

(4) it brings the sentence more in line with other crimes of similar nature.

We wish to thank Gene Brown, Attorney from Bozeman, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Twelfth Judicial District, County of Hill, STATE OF MONTANA, Plaintiff vs. DENNIS VIRGIL DONEY, Defendant.

## DECISION

No. DC-80-006

The application of the above-named defendant for a review of the sentence of 10 years; 10 years; Concurrent; Persistent Felony Offender-5 years; Consecutive to the two 10 year terms imposed on December 8, 1980, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that under the circumstances the sentence imposed was fair and just.

We wish to thank Wendy Holton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson